# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAMAD KASIM THOMAS,<br><br>Defendant. | Case No.: '21 MJ04859<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. §§ 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about December 11, 2021, within the Southern District of California, Samad Kasim THOMAS, did knowingly and intentionally import a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent Aron Marcellus
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 13th of December 2021.

_Barbara L. Major_
HON Barbara L. Major
U.S. MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, Special Agent Aron Marcellus, declare under penalty of perjury, the following is true and correct:

On December 11, 2021, at approximately 10:55 AM, Samad Kasim THOMAS, ("THOMAS"), a United States citizen applied for entry into the United States from Mexico through the Otay Mesa Port of Entry in vehicle lane #5. THOMAS was the driver, sole occupant, and registered owner of a 2016 Ford Explorer ("the vehicle") bearing California license plate 8VKW445.

A Canine Enforcement Team was conducting pre-primary operations when the Human and Narcotic Detection Dog alerted to the rear undercarriage of the vehicle.

A Customs and Border Protection Officer received two negative Customs declarations from THOMAS. THOMAS stated he was crossing the border to go to Chula Vista, California.

A CBPO operating the Z-Portal X-Ray machine detected anomalies in the rear quarter panel of the vehicle.

Further inspection of the vehicle resulted in the discovery of 66 packages concealed in the left and right rear quarter panels and rear bumper of the vehicle, with a total approximate weight of 29.68 kgs (65.43 lbs). A sample of the substance

contained within the packages field tested positive for the characteristics of methamphetamine.

THOMAS was placed under arrest at approximately 12:10 PM.

During a post-Miranda interview, THOMAS denied knowledge that the narcotics were in the vehicle. THOMAS stated that he was going to his mom's house in Chula Vista and then Christmas shopping with his fiancé and three children. THOMAS stated that he is the owner and sole operator of the vehicle, no one else has a spare key or access to the vehicle other than THOMAS. THOMAS stated that he lives in Tijuana, Mexico and parks the vehicle on the street outside of his residence. THOMAS stated that the only recent time the vehicle was out of his control was approximately a week and a half ago when he took the vehicle to get the driver side window fixed. Since then, THOMAS has crossed the U.S. Border approximately four times.

THOMAS was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance.

Executed on December 11, 2021, at 7:00 PM

*[signature]*

Aron Marcellus, HSI Special Agent

On the basis of the facts presented in this probable cause statement consisting of 3 pages, I find probable cause to believe the defendant, Samad Kasim THOMAS, named in this probable cause statement, committed the offense on December 11, 2021, in violation of Title 21 USC 952 and 960, Unlawful Importation of a Controlled Substance.

_Barbara L. Major_    7:16 PM, Dec 11, 2021

Hon. Barbara L. Major    Date/Time

United States Magistrate Judge

## AMENDED PROBABLE CAUSE STATEMENT

I, Special Agent Aron Marcellus, declare under penalty of perjury, the following is true and correct:

On December 12, 2021, at approximately 8:45 AM, A CBPO at the Otay Mesa Port of Entry, with the assistance of a CBPO K-9 unit, discovered an additional two packages located in the right rear quarter panel of the vehicle. The two packages weighed 0.54 kgs. (1.19 lbs) and tested positive for the properties of methamphetamine.

_____

Aron Marcellus, HSI Special Agent